**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| **CLAUDIA TERESITA VALDEZ LOPEZ,** | : | **Case No. 1:26-cv-68** |
| | : | |
| **Petitioner,** | : | |
| | : | **Judge Susan J. Dlott** |
| | : | |
| vs. | : | |
| | : | **Chief Magistrate Judge Stephanie K. Bowman** |
| **ROBERT LYNCH, Field Office Director of Enforcement and Removal Operations, Detroit Field Office, et al.,** | : | |
| | : | |
| **Respondents.** | | |

## ORDER

Petitioner, Claudia Teresita Valdez Lopez, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. In order to preserve its jurisdiction, and pursuant to its authority under the All Writs Act, the Court **ORDERS** that Respondents shall neither remove Valdez Lopez from this District nor allow her to be removed from this District unless or until the Court orders otherwise.[1] *See* 28 U.S.C. § 1651(a). This order should not be construed as an expression of the Court's views on the merits of this matter. *See Wheaton Coll. v. Burwell*, 573 U.S. 958, 959 (2014).

---

[1] The Court's directive applies with equal force to any individual, group, or entity working in concert with or on behalf of Respondents.

The Clerk is **DIRECTED** to (1) immediately serve a copy of the petition and its accompanying papers, along with a copy of this Order, by email to John J. Stark on behalf of the United States Attorney's Office for the Southern District of Ohio at john.stark@usdoj.gov;  and (2) promptly note proof of such service on the docket. Counsel for Respondents shall promptly enter notices of appearance.

**IT IS SO ORDERED.**

January 26, 2026                                    S/Susan J. Dlott
                                                    SUSAN J. DLOTT
                                                    United States District Judge

2