## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| CLAUDIA TERESITA VALDEZ LOPEZ, | : | Case No. 1:26-cv-68 |
| | : | |
| Petitioner, | : | |
| | : | Judge Susan J. Dlott |
| vs. | : | |
| | : | Chief Magistrate Judge Stephanie K. Bowman |
| ROBERT LYNCH, Field Office Director of Enforcement and Removal Operations, Detroit Field Office, et al., | : | |
| | : | |
| Respondents. | | |

## ORDER

Petitioner, Claudia Teresita Valdez Lopez, has filed this petition for a writ of habeas corpus under 28 U.S.C. § 2241.  The parties are **ORDERED** to confer on a case schedule and file a joint proposed scheduling order no later than February 9, 2026.

**IT IS SO ORDERED.**

February 3, 2026

s/Stephanie K. Bowman
STEPHANIE K. BOWMAN
United States Chief Magistrate Judge