**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| CLAUDIA TERESITA VALDEZ LOPEZ, | : | Case No. 1:26-cv-68 |
| | : | |
| | : | |
| Petitioner, | : | District Judge Susan J. Dlott |
| | : | Chief Magistrate Judge Stephanie K. Bowman |
| vs. | : | |
| | : | |
| ROBERT LYNCH, Field Office Director of Enforcement and Removal Operations, Detroit Field Office, *et al*., | : | |
| | : | |
| Respondents. | | |

## ORDER

The Court previously ordered the parties to confer and propose a case schedule.  (Doc. 11).  Based on the joint proposal (Doc. 12), the Court now **SETS** the following schedule:

•Respondent's Return of Writ Due:          February 27, 2026

•Petitioner's Reply to Return Due:          March 6, 2026

**IT IS SO ORDERED.**

February 10, 2026                    *s/Stephanie K. Bowman*
                                     STEPHANIE K. BOWMAN
                                     United States Chief Magistrate Judge