IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Claudia Teresita Valdez Lopez, | : | |
| | : | Case No. 1:26-cv-68 |
| Plaintiff, | : | |
| | : | |
| v. | : | Judge Susan J. Dlott |
| | : | |
| Kevin Raycraft, Field Director of Detroit | : | |
| Field Office, United States Immigrations | : | Order Vacating Referral to Magistrate |
| and Customs Enforcement, *et al.*, | : | Judge |
| | : | |
| Defendants. | : | |

This habeas corpus case was, upon filing, randomly referred to Magistrate Judge

Stephanie K. Bowman pursuant to Amended General Order 22-05. That reference is hereby

**VACATED**.

**IT IS SO ORDERED**.


S/Susan J. Dlott_____
Judge Susan J. Dlott
United States District Court

1