IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Claudia Teresita Valdez Lopez,                    :
                                                  :
              Petitioner,                          :
                                                  :   Case Number: 1:26cv68
       vs.                                         :
                                                  :   Judge Susan J. Dlott
Field Office Director of Removal                   :
Operations, Detroit Field Office                   :
*Robert Lynch*,                                    :
                                                  :
                                                  :
              Respondent.                          :

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED

This action was decided by the Court without a trial.   It was ordered and adjudicated that the

Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) was granted.

The Court retains jurisdiction to enforce of its grant of relief or to adjudicate timely

petitions filed under the Equal Access to Justice Act, 28 U.S.C. § 2412.

4/24/2026                                              RICH NAGEL, CLERK


                                                        S/William Miller
                                                        Deputy Clerk